1 | PHILLIP A. TALBERT
United States Attorney
2 | JAMES R. CONOLLY
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-MJ-00093-AC |
|---|---|
| Plaintiff, | STIPULATION TO WAIVE TIME BEFORE PRELIMINARY HEARING; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| MYRON D. ARMSTRONG, | DATE: June 15, 2017 |
| Defendant. | TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, James Conolly, and defendant, Myron D. Armstrong, by and through his counsel of record, Mark S. Axup, stipulate as follows:

1. The parties appeared before this Court on June 1, 2017, for Mr. Armstrong's initial appearance in this matter. At the initial appearance, the Court ordered Mr. Armstrong detained, and set a preliminary hearing in this matter for June 15, 2017.

2. The parties agree and stipulate, and request that the Court find the following, and continue the preliminary hearing by one week, to June 22, 2017:

   a) Because Mr. Armstrong was detained at his initial appearance, statute requires that the Court conduct a preliminary hearing no later than 14 days from the initial appearance, which is June 15, 2017, in this case. See Fed. R. Crim. Proc. 5.1(c). Under Federal Rule of

Criminal Procedure ("Rule") 5.1(d), the Court may, with the defendant's consent and a showing of good cause, extend the time limit of Rule 5.1(c) one or more times.

b) Defense counsel recently substituted into this case, after the defendant had made his initial appearance. Defense counsel needs time to review the facts and background of this case to prepare for Mr. Armstrong's preliminary hearing. The government agrees with defense counsel that this constitutes good cause to extend the time limit of Rule 5.1(c).

c) Counsel for Mr. Armstrong agrees to waive the time between June 15, 2017, and June 22, 2017, for purposes of setting a preliminary hearing date.

d) For the purposes of calculating time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment or information must be filed, the parties agree that the time period between June 15, 2017, and June 22, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: June 14, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ *James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

Dated: June 14, 2017

/s/ *Mark S. Axup*
Mark S. Axup
Counsel for Defendant
MYRON D. ARMSTRONG

# [~~PROPOSED~~] FINDINGS AND ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.

Furthermore, the Court finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time period the parties stipulated, between June 15, 2017, and June 22, 2017, inclusive, shall be excluded from computation of time within which an information or indictment must be filed, under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) (Local Code T4).

The time limit set by Rule 5.1(c) is hereby extended, and a preliminary hearing in this matter is set for June 22, 2017.

IT IS SO ORDERED

DATED: June 15, 2017.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE